FILED
CHARLOTTE, NC

JAN 20 2011

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**ROMERO LAMONT MASSEY,**
**also known as "Duke"**

**Docket No. 3:11-cr- 10 -RJC**

***UNDER SEAL***

**ORDER SEALING INDICTMENT AND OTHER DOCUMENTS**

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order, be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 20 day of January 2011.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE